**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ROBERT L. MATTHEWS,

    Petitioner,

v.                                CASE NO. 4:09cv385-MP-WCS

KENNETH S. TUCKER,
Secretary, Florida Department of Corrections,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 4, 2012. (Doc. 27). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus is DENIED with prejudice, and a certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing § 2254 Cases in the United States District Courts.

**DONE and ORDERED** this 9th day of February, 2012.

                            *s/ M. Casey Rodgers*
                            **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**